UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE ROYER and JUAN SANCHEZ,

            Plaintiffs,

- against -

BAYVIEW LOAN SERVICING, LLC, ET AL.,

            Defendants.

---

22-cv-1484 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Counsel for the plaintiffs should file an appearance on ECF. The defendants should serve a copy of this Order on counsel for the plaintiffs.

SO ORDERED.

Dated:    New York, New York
            March 18, 2022

                                        John G. Koeltl
                                  United States District Judge