UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

GEORGE ROYER and JUAN SANCHEZ,

                Plaintiffs,

    - against -

BAYVIEW LOAN SERVICING, LLC, ET AL.,

                Defendants.
───────────────────────────────────────

22-cv-1484 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants should identify the citizenship of each defendant by March 30, 2022. The plaintiffs should file any amended complaint by April 11, 2022. The plaintiffs should file any motion to remand, and the defendants should move or answer the operative complaint, by April 25, 2022. Oppositions to any motion are due May 9, 2022. Replies are due May 19, 2022.

SO ORDERED.

Dated:    New York, New York
           March 25, 2022

                                      John G. Koeltl
                                  United States District Judge