

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

April 22, 2022

APPLICATION GRANTED
SO ORDERED

4/22/22   /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Robert H. King
(212) 413-2887
(212) 504-3177 Fax
rking@polsinelli.com

By ECF
Hon. John G. Koeltl, USDJ
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Juan Sanchez, George Royer v. Bayview Loan Servicing, LLC, et al.*
      **Civil Action No: 22-cv-01484-JGK**
      **Letter Motion Requesting Extension of Time To File Motions**

Dear Judge Koeltl,

This firm represents Defendant Bayview Loan Servicing, LLC n/k/a Community Loan Servicing, LLC ("Community") in the above-referenced matter.

We write to request an extension of time to file Defendants Motion to Dismiss. The original date to file was April 25, 2022. This will be Defendant Bayview's first request.

The Parties have agreed to the following briefing schedule as memorialized in the attached stipulation: May 27, 2022 Defendants to File Motions To Dismiss; July 6, 2022 Plaintiff to File Opposition; July 18, 2022 Defendants to File Reply.

Accordingly, Defendants respectfully request that the Court grant the extension.

Respectfully,

Polsinelli PC

*/s/ Robert H. King*
Robert H. King

Encl. Stipulation
CC: All parties via ECF

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

83159290.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

GEORGE ROYER, JUAN SANCHEZ,                         Case No.: 22-cv-01484-JGK

                    Plaintiff,

  -v-

BAYVIEW LOAN SERVICING, LLC, BANK OF
AMERICA, N.A., BAC HOME LOAN SERVICING, L.P.,
FKA COUNTRYWIDE HOME LOANS SERVICING, LLP,
SECRETARY OF HOUSING AnD URBAN
DEVELOPMENT, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., SOMERSET
INVESTORS CORP.,
                    Defendants.
------------------------------------------x

## STIPULATION OF EXTENDING TIME TO FILE MOTION

**IT IS HEREBY AGREED AND STIPULATED AS FOLLOWS:**

That Defendants' time to Answer or Move with respect to Plaintiffs' Complaint be and hereby is extended to May 27, 2022; and

Plaintiffs' Opposition if any be and hereby is due July 6, 2022; and

Defendants' Reply is due July 18, 2022.

That this Stipulation may be executed in duplicate originals, and when taken together shall be deemed one original.

Dated: April 21, 2022

| | |
|---|---|
| **MATTHEW ROTHSTEIN, ESQ.** | **POLSINELLI, P.C.** |
| /s/ *Matthew H. Rothstein* | /s/ *Robert H. King* |
| Matthew H. Rothstein, Esq. | Robert H. King, Esq. |
| *Attorneys for Plaintiff* | *Attorney for Defendant Bayview* |
| 114 Old Country Road, Suite 600 | 600 Third Avenue, 42nd Floor |
| Mineola, NY 11501 | New York, New York 10016 |
| (718) 464-7299 | (212) 413-2887 |
| Matt_rothstein@yahoo.com | rking@polsinelli.com |

83159521.1

**WINSTON & STRAWN, LLP**
*/s/   Michael E. Blaine*
Michael E. Blaine, Esq.
*Attorneys for MERS, BANA and BAC Home Loan Servicing, LP*
200 Park Avenue
New York, New York 10166
(212) 294-4754
mblaine@winston.com

83159521.1