UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE ROYER and JUAN SANCHEZ,

        Plaintiffs,

- against -

BAYVIEW LOAN SERVICING, LLC, ET AL.,

        Defendants.

22-cv-1484 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Because the plaintiffs intend to file an amended complaint, the pending motions to dismiss are **denied without prejudice as moot**. The plaintiffs should file an amended complaint by August 5, 2022. The defendants can move or answer by August 26, 2022. If the defendants make a motion, the plaintiffs can respond by September 9, 2022. The defendants may reply by September 19, 2022. The plaintiffs are reminded that, to avoid dismissal, the complaint must contain "enough facts to state a claim to relief that is plausible on its face." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007); see also Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009).

    The Clerk is directed to close Docket Nos. 28 and 33.

SO ORDERED.

Dated:    New York, New York
           July 22, 2022

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                                  United States District Judge