UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE ROYER and JUAN SANCHEZ,                22-cv-1484 (JGK)

                    Plaintiffs,               ORDER


            - against -

BAYVIEW LOAN SERVICING, LLC, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

     The defendants are directed to provide the Court with

courtesy copies of all papers filed in connection with the fully

briefed motions to dismiss (ECF Nos. 53, 59).

SO ORDERED.

Dated:    New York, New York
          November 14, 2022          _____
                                        John G. Koeltl
                                     United States District Judge