UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE ROYER, ET AL.,

        Plaintiffs,

- against -

BAYVIEW LOAN SERVICING, LLC, ET AL.,

        Defendants.

---

22-cv-1484 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Oral argument on the motions to dismiss is adjourned to **Friday, July 7, 2023, at 2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

The Clerk is directed to close ECF No. 82.

SO ORDERED.

Dated:    New York, New York
            June 28, 2023

                                      John G. Koeltl
                                United States District Judge