UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE ROYER, ET AL.,

                Plaintiffs,          22-cv-1484 (JGK)

     - against -              ORDER

BAYVIEW LOAN SERVICING, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's telephone conference, the motion to dismiss by Bank of America, N.A. ("Bank of America"), BAC Home Loans Servicing, L.P. f/k/a/ Countrywide Home Loans Servicing LP ("BAC"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (ECF No. 53), is **granted,** and the claims against Bank of America, BAC, and MERS are **dismissed with prejudice.** For the reasons also stated at the conference, the motion to dismiss by Bayview Loan Servicing, LLC (ECF No. 59) is **granted in part and denied in part.**

    By **July 21, 2023,** the remaining parties shall file a letter advising the Court on the status of the claims against the Secretary of Housing and Urban Development and Somerset Investors Corp., as well as the remaining parties' positions on whether this action should be remanded to the New York State Supreme Court.

The Clerk is respectfully directed to close ECF Nos. 53 and 59.

SO ORDERED.

Dated:     New York, New York
           July 7, 2023

                                          John G. Koeltl
                                 United States District Judge