UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SANCHEZ,<br><br>                              Plaintiff,<br><br>-against-<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>                             Defendants. | 22-CV-1484 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties were ordered to submit a joint letter updating the Court on the status of this case by October 30, 2023. Dkt. 100. The parties have failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to November 1, 2023, at 9:00 AM. As a reminder, a status conference in this case will be held at 12:15 PM on November 1, 2023. *See* Dkt. 100.

      SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge